OAO91 (Rev. 12/03)  Criminal Complaint

# UNITED STATES DISTRICT COURT

FILED'06 SEP 01 16:46USDC-ORP

DISTRICT OF     OREGON

UNITED STATES OF AMERICA
V.

BOURN, JERRY LEE
1315 Robert Street
Woodburn, Oregon 97071

*(Name and Address of Defendant)*

## CRIMINAL COMPLAINT

Case Number: Ou-MJ-489

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or ~~about~~ between 8/17 & 9/1/06 in _____ Multnomah _____ County, in
                                              (Date)
the _____ District of _____ Oregon _____ defendant(s) did,

(Track Statutory Language of Offense)
On or between August 17, 2006 and September 1, 2006 in the District of Oregon, Jerry Lee Bourn, defendant herein, did knowingly use or attempt to use a means of interstate commerce, the Internet, to persuade, induce or entice an individual who has not attained the age of 18 years to engage in sexual activity for which said defendant can be charged with a criminal offense.

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2422(b) _____ .

I further state that I am a(n) _____ FBI Task Force Officer _____ and that this complaint is based on the
                                              Official Title
following facts:

See Attached Affidavit of Chadwick J. Opitz, incorporated herein.

Continued on the attached sheet and made a part of this complaint:  ☒ Yes    ☐ No

_____
Signature of Complainant

Chadwick J. Opitz
Printed Name of Complainant

Sworn to before me and signed in my presence,

9/1/2006                                              at    Portland, Oregon
Date                                                        City                    State

Dennis J. Hubel                    U.S. Magistrate Judge         _____
Name of Judge                     Title of Judge                Signature of Judge

## AFFIDAVIT

I, Chadwick J. Opitz, being first duly sworn, depose and state:

I am a Detective with the Beaverton Police Department and have been so employed since April 1999. I am currently assigned to the Portland Division of the Federal Bureau of Investigation (FBI) as a Task Force Officer (TFO), where I investigate computer crimes. I have been working as a task force officer since February 2006. I have received training in the investigation of computer, telecommunications, and other technology crimes. Since February 2006, I have been involved in the investigation of matters involving the sexual exploitation of children, to include the online sexual exploitation of children, particularly as it relates to violations of Title 18, United States Code, § 2422(b). I have made arrests and conducted searches pertaining to these types of investigations. I am a part of the Portland Innocent Images National Initiative (IINI) Undercover Operation Task Force, which includes FBI Service Special Agents. IINI is an intelligence-driven, proactive, multi-agency investigative initiative to combat the proliferation of child pornography/child sexual exploitation facilitated by an online computer. As a member of this Task Force, I have received training and certification at the FBI Calverton Resident Agency in areas related to online computer crime investigation involving child pornography and other aspects of child exploitation.

The statements contained in this Affidavit are based on my experience and background as a Special Agent, and on information provided by other agents of the FBI, and other law enforcement officers. I have not set forth every fact resulting from the investigation, rather, I have set for a summary of the investigation to date in order to establish probable cause to charge "Jerry" a/k/a Yahoo! screen name "cuddleguy211" with using a means of interstate

commerce to attempt or persuade, induce, entice or coerce a minor to engage in sexual activity in violation of Title 18, United States Code, Section 2422(b).

**SUMMARY:** This complaint refers to an attempted enticement of a perceived 15 year old female who "Jerry" aka "cuddleguy211" attempted to meet with for the purpose of engaging in sexual intercourse. The planning for this meeting is evidenced by internet conversations, known as "chat" which indicate that "Jerry" aka "cuddleguy211" believed the 15 year old girl was available and willing to engage in sexual intercourse with "Jerry" aka "cuddleguy211", who stated his age 54. His attempt to engage in this conduct, and his enticement of the perceived teenage constitutes an offense involving online internet exploitation of children by acts to induce or persuade a minor to engage in sexual activity.

**LEGAL AUTHORITY:**

Oregon Revised Statute 163.355 provides that a person who has sexual intercourse with another person commits the crime of rape in the third degree if the other person is under 16 years of age. Rape in the third degree is a Class C felony. Oregon Revised Statute 163.305 definition of "sexual intercourse" states "has its ordinary meaning and occurs upon any penetration, however slight; emission is not required."

Oregon Revised Statute 163.385 provides that a person who engages in deviate sexual intercourse with another person or causes another to engage in deviate sexual intercourse commits the crime of sodomy in the third degree if the other person is under 16 years of age. Sodomy in the third degree is a Class C felony. Oregon Revised Statute 163.305 definition of "Deviate Sexual Intercourse" means sexual conduct between persons consisting of contact between the sex organs of one person and the mouth or anus of another.

Oregon Revised Statute 163.415 provides that a person commits the crime of sexual

abuse in the third degree if the person subjects another person to sexual contact and the victim does not consent to the sexual contact; or the victim is incapable of consent by reason of being under 18 years of age. Sex abuse in the third degree is a Class A misdemeanor. Oregon Revised Statute 163.305 definition of "Sexual Contact" means any touching of the sexual or other intimate parts of a person or causing such persons to touch the sexual or other intimate parts of the actor for the purpose of arousing or gratifying the sexual desire of either party.

Oregon Revised Statute 161.405 provides that a person is guilty of an attempt to commit a crime when the person intentionally engages in conduct which constitutes a substantial step toward commission of the crime. An attempt is a Class A misdemeanor if the offense attempted is a Class C felony. An attempt is a Class B misdemeanor if the offense attempted is a Class A misdemeanor.

For the reasons set forth below, there is probable cause to believe that "Jerry" aka "cuddleguy211" has used a means of interstate commerce, namely the Internet, to attempt to or knowingly persuade, induce, entice or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense. In this case, the applicable sexual activity I believe "Jerry" aka "cuddleguy211" proposed to carry out with an individual who he believed to be a 15 year old minor female, included, but is not limited to, digital penetration, oral sex, and vaginal intercourse.

## YAHOO!  CHAT

Yahoo!, is a commercial Internet Service Provider (ISP) that offers subscribers access to electronic bulletin boards which can be read and responded to by other subscribers, known as "chat." "Chat" is real-time type-written conversation between people, much like a verbal

conversation. Yahoo! also provides electronic mail (E-mail) service, enabling subscribers to communicate by computer similar to writing letters and sending through normal mail. Each subscriber can communicate with other Yahoo! users either in real-time through either chat rooms, private chat rooms or instant messages, if the other subscriber is also online, or via E-mail. Within the system, text messages and graphic images (such as photographs) can be sent to a subscriber, or to any person with an Internet E-mail address. Both text and graphics files can be saved to the computer disk drive for access and printing at any time.

## OVERVIEW OF INVESTIGATION

The information provided in this affidavit is the summation of an investigation conducted by myself, acting in an undercover capacity (UCA) on the Yahoo! system, and using a computer in Portland, Oregon. All communications via computer made during this investigation were with an individual identified as "Jerry" using the Yahoo! screen name "cuddleguy211." All conversations between the UCA and "cuddleguy211" were by contact through instant messages and E-mail messages on Yahoo!. These conversations took place during the period of August 17, 2006 through August 31, 2006. Included below are portions of the instant messages chat, I had with "cuddleguy211" while posing as a fifteen year old girl.

On August 17, 2006, at approximately 1:22 pm (PDT), I was logged on Yahoo! posing as a 15-year old female from Beaverton, Oregon. While I was logged on and had entered a chat room entitled Oregon:2, the screen name "cuddleguy211" contacted me using an instant message. It should be noted that Yahoo! archiving cuts off the first line of the chat showing "cuddleguy211" contacting me.

> UCA (8/17/2006 1:22:50 PM): well.....my name is chelc.....and im small
> UCA (8/17/2006 1:22:54 PM): and u?

cuddleguy211 (8/17/2006 1:23:24 PM): My Name is Jerry and I am I guess normal
UCA (8/17/2006 1:24:25 PM): cool
UCA (8/17/2006 1:24:31 PM): hey jerry
cuddleguy211 (8/17/2006 1:24:33 PM): who small are you may I ask
cuddleguy211 (8/17/2006 1:24:49 PM): damn I have done that all day
cuddleguy211 (8/17/2006 1:24:58 PM): how not who
UCA (8/17/2006 1:25:06 PM): 5ft.....95
UCA (8/17/2006 1:25:10 PM): bld hair....u?
cuddleguy211 (8/17/2006 1:25:35 PM): 5'8 gray hair 190
UCA (8/17/2006 1:26:13 PM): nice
cuddleguy211 (8/17/2006 1:26:14 PM): yes 5 ft is small very petitte
UCA (8/17/2006 1:26:21 PM): yes...it is....but im tuff
cuddleguy211 (8/17/2006 1:26:51 PM): hmmm one does not have to be tuff only wise
cuddleguy211 (8/17/2006 1:27:04 PM): may I ask your age
UCA (8/17/2006 1:27:39 PM): yup.....15......but like u said.....a wise 15
UCA (8/17/2006 1:27:42 PM): and u?
cuddleguy211 (8/17/2006 1:27:54 PM): I am 54
cuddleguy211 (8/17/2006 1:28:06 PM): and learned alot the hard way
UCA (8/17/2006 1:28:08 PM): cool
UCA (8/17/2006 1:28:20 PM): from port area?
cuddleguy211 (8/17/2006 1:28:29 PM): woodburn
UCA (8/17/2006 1:29:12 PM): cool....aloha

UCA (8/17/2006 1:37:42 PM): u workin?
cuddleguy211 (8/17/2006 1:37:51 PM): no retired
cuddleguy211 (8/17/2006 1:37:59 PM): disabled
UCA (8/17/2006 1:38:08 PM): nice.....
UCA (8/17/2006 1:38:13 PM): gf?
cuddleguy211 (8/17/2006 1:38:21 PM): married
UCA (8/17/2006 1:38:39 PM): ut oh......she get mad u r talkin 2 me.....?
UCA (8/17/2006 1:38:49 PM): i wont tell if u wont...
UCA (8/17/2006 1:38:54 PM):
cuddleguy211 (8/17/2006 1:38:57 PM): yeah if she found out
UCA (8/17/2006 1:39:08 PM): secrets r good
cuddleguy211 (8/17/2006 1:39:31 PM): you have alot of secrets
UCA (8/17/2006 1:39:45 PM): sum....u?
cuddleguy211 (8/17/2006 1:40:27 PM): hmmm not really excet chatting
UCA (8/17/2006 1:41:01 PM): cum on.....there has 2 b sumthin
cuddleguy211 (8/17/2006 1:41:34 PM): fantizes maybe
UCA (8/17/2006 1:41:52 PM): really!!???....im all ears.....well eyes...lol
UCA (8/17/2006 1:42:01 PM):
cuddleguy211 (8/17/2006 1:42:29 PM): find a younger woman to messy around with

UCA (8/17/2006 1:46:36 PM): how long u been marrid?
cuddleguy211 (8/17/2006 1:46:45 PM): 34 years
UCA (8/17/2006 1:46:48 PM): wow
UCA (8/17/2006 1:46:58 PM): im sure it still works!!
cuddleguy211 (8/17/2006 1:47:09 PM): and you how long for you
UCA (8/17/2006 1:47:21 PM): how long 4 what?
cuddleguy211 (8/17/2006 1:47:32 PM): you been married
UCA (8/17/2006 1:47:53 PM): not married silly......member 15
UCA (8/17/2006 1:47:59 PM): this is not 1850
cuddleguy211 (8/17/2006 1:48:20 PM): member Jail bait_____ yes I do
UCA (8/17/2006 1:48:32 PM): jail bait?
cuddleguy211 (8/17/2006 1:49:10 PM): yeah talking to you one could say I am
perverted into todays society
UCA (8/17/2006 1:49:25 PM): well....who is goin 2 no
cuddleguy211 (8/17/2006 1:49:26 PM): remember your a minor

cuddleguy211 (8/17/2006 1:53:13 PM): you want the truth
UCA (8/17/2006 1:53:18 PM): yes!!!
cuddleguy211 (8/17/2006 1:53:38 PM): well wife is going through menopause
UCA (8/17/2006 1:53:43 PM): k
cuddleguy211 (8/17/2006 1:53:46 PM): so sex is out
UCA (8/17/2006 1:53:49 PM): ic
cuddleguy211 (8/17/2006 1:54:23 PM): so I thought if I was going to find some it
would be young but legal
cuddleguy211 (8/17/2006 1:54:36 PM): are you legal lol
UCA (8/17/2006 1:54:52 PM): im a legal citisen!!!
UCA (8/17/2006 1:55:05 PM): lol
cuddleguy211 (8/17/2006 1:55:11 PM): lol

cuddleguy211 (8/17/2006 1:57:19 PM): how experienced are you
UCA (8/17/2006 1:57:43 PM): in what?
cuddleguy211 (8/17/2006 1:57:57 PM): sex
UCA (8/17/2006 1:58:02 PM): o.....lol....
UCA (8/17/2006 1:58:11 PM): ummm.....
cuddleguy211 (8/17/2006 1:58:44 PM): so an old man like me would be nothing lol
UCA (8/17/2006 1:58:53 PM): no......
UCA (8/17/2006 1:59:06 PM): im still the big V
UCA (8/17/2006 1:59:13 PM): have don other stuff
UCA (8/17/2006 1:59:16 PM): just not that
UCA (8/17/2006 1:59:21 PM): sorry
cuddleguy211 (8/17/2006 1:59:56 PM): that why he left
UCA (8/17/2006 2:00:21 PM): good guess
UCA (8/17/2006 2:00:37 PM): is that baf?
cuddleguy211 (8/17/2006 2:00:49 PM): no

UCA (8/17/2006 2:00:58 PM): really...u mean that?!

On August 28, 2006, at approximately 8:16 am (PDT), I was logged on Yahoo! posing as the same 15-year old female, from Beaverton, Oregon. When I logged on, there was an offline instant messages from "cuddleguy211" that was sent on August 24, 2006 at approximately 12:59 pm (PDT). Offline instant messages allow Yahoo! users to send an instant message to another Yahoo! user when they are not logged on. When the Yahoo! recipient logs on, the instant message will appear. The following is a verbatim transcript of the instant message conversation on August 24, 2006 at approximately 12:59 pm (PDT) :

cuddleguy211 (12:59:10 pm): when you get home let me know

On August 28, 2006, there were two different times I had instant message conversations with "cuddleguy211" after I entered the chat room entitled Oregon:2. During the second instant message conversation with "cuddleguy211", I received a photograph of "cuddleguy211". This photograph was received at 2:47 pm (PDT). The following are portions of the two instant message conversations I had with "cuddleguy211" on August 28, 2006:

cuddleguy211 (8/28/2006 10:34:18 AM): boys your age suck and older guys are what
UCA (8/28/2006 10:35:00 AM): well....i like them bettr than boys my age
cuddleguy211 (8/28/2006 10:35:32 AM): ok but older guy that find girls that are virgins
UCA (8/28/2006 10:35:50 AM): yah
cuddleguy211 (8/28/2006 10:35:57 AM): like to pop them and tell there friends
UCA (8/28/2006 10:36:02 AM): yah

cuddleguy211 (8/28/2006 10:52:09 AM): Petite any question I ask and you do not want to answer don't
cuddleguy211 (8/28/2006 10:52:26 AM): we got a deal
UCA (8/28/2006 10:52:34 AM): k...
UCA (8/28/2006 10:52:35 AM): shoot
UCA (8/28/2006 10:52:40 AM): i will let u no
cuddleguy211 (8/28/2006 10:52:55 AM): promise
UCA (8/28/2006 10:53:43 AM): yup

cuddleguy211 (8/28/2006 11:14:15 AM): so you all dressed
UCA (8/28/2006 11:14:33 AM): kinda....i guess
cuddleguy211 (8/28/2006 11:15:20 AM): so tell me what you are wearing so I can see if it matches the mood I think you are in
UCA (8/28/2006 11:15:45 AM): tank top....boxers
cuddleguy211 (8/28/2006 11:16:19 AM): kick back take it easy mood
UCA (8/28/2006 11:16:31 AM): yup....is that good?
cuddleguy211 (8/28/2006 11:16:44 AM): yep
cuddleguy211 (8/28/2006 11:17:08 AM): no make up
UCA (8/28/2006 11:17:28 AM): not yet
cuddleguy211 (8/28/2006 11:17:48 AM): do you feel you need it
UCA (8/28/2006 11:18:27 AM): kinda
cuddleguy211 (8/28/2006 11:18:48 AM): it make you feel complete
UCA (8/28/2006 11:19:03 AM): yah
cuddleguy211 (8/28/2006 11:19:09 AM): cool
cuddleguy211 (8/28/2006 11:19:48 AM): lets see you have comb hair but not really done anything with it
cuddleguy211 (8/28/2006 11:20:12 AM): you will if you change to go somewhere
UCA (8/28/2006 11:20:16 AM): pnytail
cuddleguy211 (8/28/2006 11:20:45 AM):
cuddleguy211 (8/28/2006 11:22:21 AM): ok enough
UCA (8/28/2006 11:22:32 AM): no...i like that
cuddleguy211 (8/28/2006 11:23:14 AM): what someone that would pay attention to you
UCA (8/28/2006 11:23:39 AM): yup
cuddleguy211 (8/28/2006 11:23:51 AM):
cuddleguy211 (8/28/2006 11:25:07 AM): tell me more about you
UCA (8/28/2006 11:25:36 AM): like what?
cuddleguy211 (8/28/2006 11:25:47 AM): anything
cuddleguy211 (8/28/2006 11:26:20 AM): how many boys you dated
UCA (8/28/2006 11:26:25 AM): i like ice cream
UCA (8/28/2006 11:26:37 AM): ive dated 4 or 5?
cuddleguy211 (8/28/2006 11:26:37 AM): better yet are you allowed to date
UCA (8/28/2006 11:26:55 AM): well....mommy and daddy dont no bout them
cuddleguy211 (8/28/2006 11:27:23 AM): are you a daddys girl
UCA (8/28/2006 11:28:39 AM): kinda
UCA (8/28/2006 11:29:08 AM): daddys girl?
UCA (8/28/2006 11:29:33 AM): do u want me 2 b daddys girl
UCA (8/28/2006 11:29:35 AM): ?
cuddleguy211 (8/28/2006 11:29:43 AM): get more attention from him than your mom
UCA (8/28/2006 11:30:12 AM): kinda
cuddleguy211 (8/28/2006 11:30:32 AM): it turn you on
UCA (8/28/2006 11:31:13 AM): brb

cuddleguy211 (8/28/2006 1:59:37 PM): I thing I am going to have to steal you
UCA (8/28/2006 2:00:01 PM): o really?!
UCA (8/28/2006 2:00:14 PM): and do what with me?
cuddleguy211 (8/28/2006 2:00:32 PM): lol
cuddleguy211 (8/28/2006 2:00:56 PM): what would you let me do
UCA (8/28/2006 2:01:16 PM): u r the guy....what do u have in mind
cuddleguy211 (8/28/2006 2:01:50 PM): well I could bore you and we could just talk
UCA (8/28/2006 2:02:05 PM): fair enuff
cuddleguy211 (8/28/2006 2:02:16 PM): I could take a big first step
cuddleguy211 (8/28/2006 2:02:32 PM): and see if you would kiss me
UCA (8/28/2006 2:02:42 PM): and if i did?
cuddleguy211 (8/28/2006 2:03:18 PM): hmmmm I might want to cuddle you
UCA (8/28/2006 2:03:39 PM): i c.....and what do u do when u cuddle?
UCA (8/28/2006 2:03:54 PM):
UCA (8/28/2006 2:04:03 PM): makin me kinda red right now!!
cuddleguy211 (8/28/2006 2:04:26 PM): well I could just hold you
UCA (8/28/2006 2:04:33 PM): cool
cuddleguy211 (8/28/2006 2:04:40 PM): or I could play
UCA (8/28/2006 2:05:15 PM): how would u play with me?
cuddleguy211 (8/28/2006 2:05:29 PM): gentle
UCA (8/28/2006 2:05:46 PM): u r so nice 2 me
cuddleguy211 (8/28/2006 2:06:26 PM): If I kissed you wrong you would teach me right
UCA (8/28/2006 2:06:41 PM): how wood i no....?
cuddleguy211 (8/28/2006 2:07:18 PM): ok what all have you done
UCA (8/28/2006 2:07:30 PM): kiss...sum other stuff
UCA (8/28/2006 2:07:45 PM): member im still a virgin
cuddleguy211 (8/28/2006 2:07:59 PM): yes I know
UCA (8/28/2006 2:08:08 PM): is that bad?
cuddleguy211 (8/28/2006 2:08:11 PM): what otherstuff
UCA (8/28/2006 2:08:38 PM): tried a bj few times....my last bf fingred me
cuddleguy211 (8/28/2006 2:09:20 PM): how did you like it
UCA (8/28/2006 2:09:29 PM): which part?
cuddleguy211 (8/28/2006 2:09:41 PM): the fingering
UCA (8/28/2006 2:10:21 PM): hurt a little first time.....got better after that
cuddleguy211 (8/28/2006 2:11:03 PM): but you always gave him a blowjob
UCA (8/28/2006 2:11:16 PM): tried...was not very good at it i think
cuddleguy211 (8/28/2006 2:11:41 PM): he cum in your mouth
UCA (8/28/2006 2:11:50 PM): not all the way
cuddleguy211 (8/28/2006 2:12:21 PM): were you dressed
UCA (8/28/2006 2:12:35 PM): not really
cuddleguy211 (8/28/2006 2:13:10 PM): are you ok talking to me abou this
UCA (8/28/2006 2:13:25 PM): o yah
UCA (8/28/2006 2:13:28 PM): no prob

cuddleguy211 (8/28/2006 2:13:58 PM): hmmmmm
UCA (8/28/2006 2:14:07 PM): why?
cuddleguy211 (8/28/2006 2:14:29 PM): sounds like I could get into trouble
UCA (8/28/2006 2:14:42 PM): like how?
cuddleguy211 (8/28/2006 2:15:08 PM): do you masturbate
UCA (8/28/2006 2:15:17 PM): have tried
cuddleguy211 (8/28/2006 2:16:06 PM): where is your sister
UCA (8/28/2006 2:16:28 PM): swimin at friends house
cuddleguy211 (8/28/2006 2:16:47 PM): anyone home
UCA (8/28/2006 2:16:49 PM): nope
cuddleguy211 (8/28/2006 2:17:07 PM): do you have a cam
UCA (8/28/2006 2:17:56 PM): dad does....but on his comp
cuddleguy211 (8/28/2006 2:18:12 PM): can you use it
UCA (8/28/2006 2:18:35 PM): i wood get in big trouble if he found out.....
UCA (8/28/2006 2:18:48 PM): if so.....what were u hopin 2 c
cuddleguy211 (8/28/2006 2:19:09 PM): what you looked like
cuddleguy211 (8/28/2006 2:19:20 PM): nude lol
UCA (8/28/2006 2:19:28 PM): 5'0...95lbs....bld hair
UCA (8/28/2006 2:19:29 PM): u?
cuddleguy211 (8/28/2006 2:20:05 PM): 5 8 gray black recieding 190
UCA (8/28/2006 2:20:32 PM): nice
UCA (8/28/2006 2:20:51 PM): i guess im also 5'0 when im naked
UCA (8/28/2006 2:20:53 PM): lol
cuddleguy211 (8/28/2006 2:21:28 PM): but would I turn you on naked lol
UCA (8/28/2006 2:21:35 PM): mayb
cuddleguy211 (8/28/2006 2:22:37 PM): what do you think of the Idea
UCA (8/28/2006 2:22:53 PM): of?
cuddleguy211 (8/28/2006 2:23:39 PM): do I have to say
cuddleguy211 (8/28/2006 2:23:44 PM):
UCA (8/28/2006 2:23:49 PM): it wood make me happy
UCA (8/28/2006 2:23:52 PM):
cuddleguy211 (8/28/2006 2:24:23 PM): lol making love to you
UCA (8/28/2006 2:24:39 PM): WOW....
UCA (8/28/2006 2:24:45 PM):
cuddleguy211 (8/28/2006 2:25:23 PM): come on thats what you wanted me to say
UCA (8/28/2006 2:25:31 PM): how wood that happin?
cuddleguy211 (8/28/2006 2:26:29 PM): when you wanted me too
cuddleguy211 (8/28/2006 2:27:08 PM): sounds like you have a lot to experience
UCA (8/28/2006 2:27:16 PM): mayb so
UCA (8/28/2006 2:27:48 PM): i mean...u live in Woodbern rite?
cuddleguy211 (8/28/2006 2:27:56 PM): yes
UCA (8/28/2006 2:28:32 PM): well...i live in aloha...and only not old enuff 4 driver licence
cuddleguy211 (8/28/2006 2:29:00 PM): really

cuddleguy211 (8/28/2006 2:29:17 PM): so you say you would prefer not
UCA (8/28/2006 2:29:33 PM): i did not say that....i just askd u how it wood happen?
cuddleguy211 (8/28/2006 2:29:59 PM): I drive up your way we meet and talk
UCA (8/28/2006 2:30:31 PM): ic
cuddleguy211 (8/28/2006 2:31:07 PM): if you do not like the idea we keep chatting
UCA (8/28/2006 2:31:26 PM): no...just a little shy
cuddleguy211 (8/28/2006 2:32:19 PM): could go to movie
UCA (8/28/2006 2:32:56 PM): k....up here?
cuddleguy211 (8/28/2006 2:33:21 PM): maybe you would let me massage your place
UCA (8/28/2006 2:33:46 PM): what place? yes i want u 2 say it!!!
cuddleguy211 (8/28/2006 2:34:03 PM): you pussy
UCA (8/28/2006 2:34:17 PM):
UCA (8/28/2006 2:34:24 PM): in the movie place??
cuddleguy211 (8/28/2006 2:34:38 PM): yeah
UCA (8/28/2006 2:35:04 PM): what if there r people round?
cuddleguy211 (8/28/2006 2:35:24 PM): we can set where we can
cuddleguy211 (8/28/2006 2:35:47 PM): you horny
UCA (8/28/2006 2:35:57 PM): a little.....u?
cuddleguy211 (8/28/2006 2:36:14 PM): a little
UCA (8/28/2006 2:36:26 PM): when wood we c a movie?
cuddleguy211 (8/28/2006 2:37:02 PM): would hav to be during the day
UCA (8/28/2006 2:37:07 PM): k
UCA (8/28/2006 2:37:19 PM): i start schul next week
cuddleguy211 (8/28/2006 2:37:23 PM): where do you live
UCA (8/28/2006 2:37:35 PM): off tv hwy in aloha
UCA (8/28/2006 2:37:44 PM): in between beav and hills
cuddleguy211 (8/28/2006 2:38:33 PM): is there a close theater
UCA (8/28/2006 2:39:04 PM): kinda.....cant b near my house......
UCA (8/28/2006 2:39:23 PM): could c sum1 i know
cuddleguy211 (8/28/2006 2:39:48 PM): right
cuddleguy211 (8/28/2006 2:40:16 PM): how far from Washinton square
UCA (8/28/2006 2:40:25 PM): bout 15 min
UCA (8/28/2006 2:40:49 PM): wood u be cumin up I 5?
cuddleguy211 (8/28/2006 2:41:00 PM): yes
UCA (8/28/2006 2:41:04 PM): ic
UCA (8/28/2006 2:41:38 PM): wood yur wife get pissd u goin 2 a movie w/ a 15yr chic?
cuddleguy211 (8/28/2006 2:42:07 PM): she would not know
cuddleguy211 (8/28/2006 2:42:54 PM): how would your parents feel
UCA (8/28/2006 2:43:48 PM): i wood not tell them
cuddleguy211 (8/28/2006 2:44:13 PM): I hope not
cuddleguy211 (8/28/2006 2:44:25 PM): how do you feel about it
UCA (8/28/2006 2:45:29 PM): meetin?
cuddleguy211 (8/28/2006 2:45:37 PM): yes

UCA (8/28/2006 2:46:05 PM): i do not no what u look like.....
UCA (8/28/2006 2:46:18 PM): u could b a bad rape dude
UCA (8/28/2006 2:46:25 PM): i dont think u r
UCA (8/28/2006 2:46:29 PM): r u?
cuddleguy211 (8/28/2006 2:47:50 PM): that is me and nope
cuddleguy211 (8/28/2006 2:48:36 PM): u look nice
cuddleguy211 (8/28/2006 2:49:14 PM): you want to experience something what is it
UCA (8/28/2006 2:49:27 PM): like?
cuddleguy211 (8/28/2006 2:49:57 PM): tell me whay you want to experience
UCA (8/28/2006 2:50:18 PM): well.....what did u say wood happin in movie place?
cuddleguy211 (8/28/2006 2:50:52 PM): you know you tell me now
UCA (8/28/2006 2:51:45 PM): u said u wood rub my pussy
UCA (8/28/2006 2:51:54 PM): is it goin 2 hurt?
cuddleguy211 (8/28/2006 2:52:11 PM): nope
UCA (8/28/2006 2:52:36 PM): what wood i wear?
cuddleguy211 (8/28/2006 2:52:42 PM): you got shorts on
UCA (8/28/2006 2:53:02 PM): yup
cuddleguy211 (8/28/2006 2:53:25 PM): underpanties
UCA (8/28/2006 2:53:42 PM): i do right now
cuddleguy211 (8/28/2006 2:54:08 PM): take them off
UCA (8/28/2006 2:54:13 PM): k
cuddleguy211 (8/28/2006 2:55:01 PM): are you wet
UCA (8/28/2006 2:55:43 PM): my pussy wet?
cuddleguy211 (8/28/2006 2:55:51 PM): yes
UCA (8/28/2006 2:56:12 PM): a little
cuddleguy211 (8/28/2006 2:56:27 PM): you shaved
UCA (8/28/2006 2:56:37 PM): not all the way
UCA (8/28/2006 2:56:45 PM): is that alright
cuddleguy211 (8/28/2006 2:57:04 PM): yes
UCA (8/28/2006 2:57:10 PM): k
cuddleguy211 (8/28/2006 2:57:28 PM): can you find the top of your crevice
UCA (8/28/2006 2:57:51 PM): k
cuddleguy211 (8/28/2006 2:58:20 PM): two fingers and massage at the very top
cuddleguy211 (8/28/2006 2:58:32 PM): slow and easy
UCA (8/28/2006 2:58:38 PM): k
cuddleguy211 (8/28/2006 2:59:28 PM): when you move your fingers to you find tingle spots
UCA (8/28/2006 2:59:41 PM): man...u r good
cuddleguy211 (8/28/2006 3:00:17 PM): like you are passing over nerves
UCA (8/28/2006 3:00:37 PM): WOW
cuddleguy211 (8/28/2006 3:01:24 PM): you tingle like behind the ear
cuddleguy211 (8/28/2006 3:02:25 PM): like the feeling
UCA (8/28/2006 3:03:00 PM): yes......
UCA (8/28/2006 3:03:11 PM): u r good

UCA (8/28/2006 3:03:14 PM): !!!
cuddleguy211 (8/28/2006 3:03:59 PM): so can you feel the sensitive in your nipples
UCA (8/28/2006 3:04:59 PM): yup
cuddleguy211 (8/28/2006 3:05:24 PM): and you want to move your hand down for some reason
cuddleguy211 (8/28/2006 3:06:38 PM): are your knees together or appart
UCA (8/28/2006 3:06:52 PM): apart
cuddleguy211 (8/28/2006 3:07:18 PM): how wet are you now
cuddleguy211 (8/28/2006 3:08:29 PM): talk to me
UCA (8/28/2006 3:08:44 PM): i guess wet....not very good at it
UCA (8/28/2006 3:08:51 PM): need practic
cuddleguy211 (8/28/2006 3:09:35 PM): slide a finger inside you
UCA (8/28/2006 3:10:05 PM): k
cuddleguy211 (8/28/2006 3:10:59 PM): it feel good
UCA (8/28/2006 3:11:02 PM): yah

On August 29, 2006, at approximately 2:19  pm (PDT), I was logged on Yahoo!

posing as the same 15-year old female, from Beaverton, Oregon.  The following are portions of

the instant message conversation I had with "cuddleguy211" on August 29, 2006:

cuddleguy211 (8/29/2006 2:53:05 PM): and yes I would like to meet you face to face when you feel you are ready
UCA (8/29/2006 2:53:28 PM): it wood have 2 b b4 school.....like u said durin the day
cuddleguy211 (8/29/2006 2:53:42 PM): remember one should never be force into a situation
cuddleguy211 (8/29/2006 2:56:27 PM): so how big are 95 bound hips
UCA (8/29/2006 2:56:43 PM): i dont no...
UCA (8/29/2006 2:56:52 PM): compaird 2 what?
cuddleguy211 (8/29/2006 2:57:17 PM): hmmm would they hold in my hands
UCA (8/29/2006 2:57:27 PM): i think so
UCA (8/29/2006 2:57:33 PM): do u want 2 hold them?
cuddleguy211 (8/29/2006 2:57:46 PM):
cuddleguy211 (8/29/2006 2:57:58 PM): do you want me too
UCA (8/29/2006 2:58:11 PM): askd u first....sorry
cuddleguy211 (8/29/2006 2:58:31 PM): yes
UCA (8/29/2006 2:58:38 PM):
UCA (8/29/2006 2:58:50 PM): kinda hard 2 hold them in a movie place
cuddleguy211 (8/29/2006 2:59:26 PM): you think
UCA (8/29/2006 2:59:57 PM): well.. how wood u?
cuddleguy211 (8/29/2006 3:00:11 PM): thongs bikinis or what
UCA (8/29/2006 3:00:19 PM): have a few thongs
UCA (8/29/2006 3:00:27 PM): other cotton ones
cuddleguy211 (8/29/2006 3:01:11 PM): what right now
UCA (8/29/2006 3:01:20 PM): o.....thong on now
cuddleguy211 (8/29/2006 3:02:11 PM): so what time you getting up tomorrow

UCA (8/29/2006 3:02:47 PM): round 9 or 10
cuddleguy211 (8/29/2006 3:03:02 PM): ok
cuddleguy211 (8/29/2006 3:03:18 PM): hmmm maybe I will get the car
UCA (8/29/2006 3:04:02 PM): k

UCA (8/29/2006 3:17:20 PM): o....wood u b cumin up I-5?
cuddleguy211 (8/29/2006 3:17:31 PM): yes
UCA (8/29/2006 3:17:51 PM): k....i think it is 217 exit...u no that 1?
cuddleguy211 (8/29/2006 3:18:00 PM): yes

On August 31, 2006, at approximately 9:39 am (PDT), I was logged on Yahoo! posing

as the same 15-year old female, from Beaverton, Oregon.  The following are portions of the

instant message conversations I had with "cuddleguy211" on August 31, 2006.  During the

course of the conversation, I received a photography via Yahoo of "cuddleguy211".  The

photograph was titled, "me.bmp".  I also sent "cuddleguy211" an undercover photograph of an

underage girl so he knew what I supposedly looked like:

cuddleguy211 (8/31/2006 9:52:18 AM): Petite what you going todo with an old guy
like me

UCA (8/31/2006 9:55:20 AM): did u mean the stuff bout me and meetin??
cuddleguy211 (8/31/2006 9:55:53 AM): yes I want to meet you, I thing it would be
very nice

cuddleguy211 (8/31/2006 10:00:02 AM): can I ask a question
UCA (8/31/2006 10:00:06 AM): yup
cuddleguy211 (8/31/2006 10:00:31 AM): what are your true feelings about sex
UCA (8/31/2006 10:00:48 AM): well....
UCA (8/31/2006 10:01:08 AM): have thoght bout it lots
UCA (8/31/2006 10:01:17 AM): want it 2 b a good thing
UCA (8/31/2006 10:01:47 AM): i want my first time 2 be with sum1 that is nice 2 me
UCA (8/31/2006 10:01:56 AM): and just not want 2 get in my pants
cuddleguy211 (8/31/2006 10:02:12 AM): you have pants lol
UCA (8/31/2006 10:02:27 AM): well....my underpants...lol
cuddleguy211 (8/31/2006 10:02:52 AM): hmmmm you got my attention kinda
UCA (8/31/2006 10:03:02 AM): what part?
cuddleguy211 (8/31/2006 10:03:41 AM): well I do have to addmit your undies sound
nice

cuddleguy211 (8/31/2006 10:11:04 AM): sex means more than intercourse

UCA (8/31/2006 10:11:17 AM): how much more?

cuddleguy211 (8/31/2006 10:11:56 AM): it means being able to have your partner get you ready

UCA (8/31/2006 10:12:07 AM): ready?

cuddleguy211 (8/31/2006 10:12:20 AM): to stimulate your body so it is in mood for it

UCA (8/31/2006 10:12:38 AM): like u were tellin me what 2 do the other day?

cuddleguy211 (8/31/2006 10:12:47 AM): yes

cuddleguy211 (8/31/2006 10:15:29 AM): ok how did you like rubbing at the start of your crevice insted of going to your clit

cuddleguy211 (8/31/2006 10:15:42 AM): remember you started this

UCA (8/31/2006 10:16:10 AM): likd it at the start

cuddleguy211 (8/31/2006 10:16:33 AM): then what happen

UCA (8/31/2006 10:16:43 AM): dont think i did it rite inside

cuddleguy211 (8/31/2006 10:18:15 AM): but see the out spots on the body help prepare you

cuddleguy211 (8/31/2006 10:18:47 AM): I read most girls go directly to stimulating there clit

UCA (8/31/2006 10:19:06 AM): hmmm....guess im still a rooky

cuddleguy211 (8/31/2006 10:19:46 AM): so don't be afraid to be a rooky

cuddleguy211 (8/31/2006 10:20:29 AM): always remember lovers are friends before lovers

UCA (8/31/2006 10:20:42 AM): tru

cuddleguy211 (8/31/2006 10:21:13 AM): loldo you want grandpa for a lover hehehe

UCA (8/31/2006 10:21:46 AM): grandpa like u grandpa?

cuddleguy211 (8/31/2006 10:22:10 AM): maybe

cuddleguy211 (8/31/2006 10:27:46 AM): what would you want to happen on the first meeting

UCA (8/31/2006 10:28:23 AM): whatevr u r comfort with.....parents wood kill me if i got preg

cuddleguy211 (8/31/2006 10:28:56 AM): no worry we will be careful

cuddleguy211 (8/31/2006 10:30:14 AM): do you want to have intercourse on first date

UCA (8/31/2006 10:31:30 AM): brb

UCA (8/31/2006 10:36:03 AM): heh.....how wood we b careful bout not gettin preg?

cuddleguy211 (8/31/2006 10:36:18 AM): rubbers

UCA (8/31/2006 10:36:34 AM): i dont have any....and im not on the pill

cuddleguy211 (8/31/2006 10:36:54 AM): guess you take me raw

UCA (8/31/2006 10:37:03 AM): ???

cuddleguy211 (8/31/2006 10:37:08 AM): or I could bring some

UCA (8/31/2006 10:37:10 AM): raw....like nuttin on

cuddleguy211 (8/31/2006 10:37:19 AM): yes

UCA (8/31/2006 10:37:39 AM): well.....sille me....i mite get preg with nuttin on right?

cuddleguy211 (8/31/2006 10:38:23 AM): we could go get the pill
cuddleguy211 (8/31/2006 10:38:36 AM): go to family health
UCA (8/31/2006 10:38:53 AM): u dont like rubbers?
cuddleguy211 (8/31/2006 10:39:23 AM): well not really
UCA (8/31/2006 10:39:51 AM): o
cuddleguy211 (8/31/2006 10:40:13 AM): I would use them with you
UCA (8/31/2006 10:40:21 AM):
cuddleguy211 (8/31/2006 10:41:16 AM): are you offering me your cherry

cuddleguy211 (8/31/2006 10:50:05 AM): so you would go to bed with me let me have your cherry and not worry about other things you need to experience
UCA (8/31/2006 10:50:41 AM): what other things.....as long as u r good 2 me
cuddleguy211 (8/31/2006 10:50:59 AM): going down on you
UCA (8/31/2006 10:51:19 AM): o.....if that happin....then it happins

cuddleguy211 (8/31/2006 11:09:44 AM): sowhen do you start school
UCA (8/31/2006 11:09:57 AM): tues
cuddleguy211 (8/31/2006 11:10:23 AM): ok has to be tomorrow
UCA (8/31/2006 11:10:30 AM): k....is that a date?
cuddleguy211 (8/31/2006 11:10:37 AM): where
UCA (8/31/2006 11:10:46 AM): u have car not me

cuddleguy211 (8/31/2006 1:34:08 PM): you kiss good
UCA (8/31/2006 1:34:13 PM): i dont no....
UCA (8/31/2006 1:34:18 PM): lol
UCA (8/31/2006 1:34:30 PM): i try my best
cuddleguy211 (8/31/2006 1:34:38 PM): will you teach me to kiss
UCA (8/31/2006 1:35:03 PM): i can try
UCA (8/31/2006 1:35:09 PM): what if im not good?
cuddleguy211 (8/31/2006 1:35:24 PM): then we both will be bad
UCA (8/31/2006 1:35:30 PM): good
cuddleguy211 (8/31/2006 1:35:39 PM): and we will have to practice
UCA (8/31/2006 1:35:57 PM): when will we pratice?
cuddleguy211 (8/31/2006 1:36:25 PM): going to try for tomorrow
cuddleguy211 (8/31/2006 1:36:42 PM): wife has to be to work early
UCA (8/31/2006 1:36:42 PM): k......when willl u no?
cuddleguy211 (8/31/2006 1:37:06 PM): problem is finding you
UCA (8/31/2006 1:37:10 PM): ic
UCA (8/31/2006 1:37:37 PM): well......u could pick me up from beavrton
UCA (8/31/2006 1:37:43 PM): like the transit center
UCA (8/31/2006 1:37:51 PM): ?
UCA (8/31/2006 1:37:57 PM): what do u think
cuddleguy211 (8/31/2006 1:38:09 PM): hmmm not sure where that is at

UCA (8/31/2006 1:38:20 PM): easy 2 find......

UCA (8/31/2006 1:38:28 PM): where wood we go after that?

cuddleguy211 (8/31/2006 1:39:04 PM): would you want public or private

UCA (8/31/2006 1:39:29 PM): well.....what wood we be doin?

UCA (8/31/2006 1:39:47 PM): my answer wood dpend on that

cuddleguy211 (8/31/2006 1:40:17 PM): talking getting to know each other

UCA (8/31/2006 1:40:22 PM): k

cuddleguy211 (8/31/2006 1:41:06 PM): do you want to have sex

UCA (8/31/2006 1:41:39 PM): 2 things......cant get preg and will it hurt bad?

UCA (8/31/2006 1:41:53 PM): i trust u......just want 2 make sure

cuddleguy211 (8/31/2006 1:42:30 PM): no on preg and yes if you are not ready for it

UCA (8/31/2006 1:42:46 PM): well....how bad?

UCA (8/31/2006 1:43:04 PM): can anythig be done 2 help?

cuddleguy211 (8/31/2006 1:43:08 PM): just a little at first

cuddleguy211 (8/31/2006 1:43:24 PM): yes make sure you are ready

cuddleguy211 (8/31/2006 1:43:51 PM): or get you drunk

UCA (8/31/2006 1:43:58 PM): k.....

UCA (8/31/2006 1:44:18 PM): that may help.......could u get stuff we could drink?

cuddleguy211 (8/31/2006 1:44:32 PM): like what

UCA (8/31/2006 1:44:38 PM): winecoolrs?

UCA (8/31/2006 1:44:43 PM): i like them

cuddleguy211 (8/31/2006 1:44:44 PM): ok

UCA (8/31/2006 1:44:58 PM): so......we got the no preg takin care of

UCA (8/31/2006 1:45:02 PM): the drinks

UCA (8/31/2006 1:45:20 PM): now where?....u wood be cuminI-5?

UCA (8/31/2006 1:45:26 PM): I-5?

cuddleguy211 (8/31/2006 1:45:29 PM): yes

cuddleguy211 (8/31/2006 1:45:38 PM): to 217

cuddleguy211 (8/31/2006 1:45:48 PM): then where

UCA (8/31/2006 1:45:55 PM): k.....u ever been on canyen road off 217?

cuddleguy211 (8/31/2006 1:46:36 PM): Hmmm not sure been to beaverton town square

UCA (8/31/2006 1:46:53 PM): good....that is off canyen

UCA (8/31/2006 1:47:05 PM): so...take the canyen road exit off 217

UCA (8/31/2006 1:47:32 PM): theere r 2 roads off that exit

cuddleguy211 (8/31/2006 1:47:42 PM): right or left

UCA (8/31/2006 1:47:58 PM): take the second 1...that is canyen....take a left

cuddleguy211 (8/31/2006 1:48:18 PM): ok

UCA (8/31/2006 1:48:33 PM): go just a little bit past 217......

cuddleguy211 (8/31/2006 1:48:53 PM): back under it

UCA (8/31/2006 1:48:55 PM): on the right is a gas station next to chillis rest

UCA (8/31/2006 1:49:02 PM): yah...back under it...

UCA (8/31/2006 1:49:15 PM): take a right at that light

UCA (8/31/2006 1:49:33 PM): i think the light is lombaard

cuddleguy211 (8/31/2006 1:49:49 PM): ok

UCA (8/31/2006 1:50:13 PM): u will c the max trasnit center up on the right

cuddleguy211 (8/31/2006 1:50:42 PM): ok

UCA (8/31/2006 1:50:59 PM): i think the onlly parkin lot is when u drive over the max tracks....and the parkin lot is on the right

cuddleguy211 (8/31/2006 1:51:11 PM): ok

UCA (8/31/2006 1:51:17 PM): max trains stop rite there

cuddleguy211 (8/31/2006 1:51:45 PM): how far from there do you live

UCA (8/31/2006 1:52:01 PM): o boy......bout 15 min drive

UCA (8/31/2006 1:52:09 PM): towrds hillsboroo

cuddleguy211 (8/31/2006 1:52:44 PM): ok

UCA (8/31/2006 1:52:54 PM): where shood we go from there?

cuddleguy211 (8/31/2006 1:53:48 PM): some place where you can drink your coolers I guess

UCA (8/31/2006 1:54:40 PM): yah

cuddleguy211 (8/31/2006 1:54:45 PM): I do not know that area

UCA (8/31/2006 1:55:05 PM): i got $20.......theres a cheep motel next to where u will b pickin me up.

UCA (8/31/2006 1:55:28 PM): weve partyed there b4

UCA (8/31/2006 1:55:40 PM): bout $45 4 a room

UCA (8/31/2006 1:56:07 PM): i dont no

cuddleguy211 (8/31/2006 1:56:21 PM): is that what you want

UCA (8/31/2006 1:56:47 PM): motel?....just tryin 2 think of place where we cant b seen

cuddleguy211 (8/31/2006 1:57:29 PM): ok

cuddleguy211 (8/31/2006 1:57:41 PM): question

UCA (8/31/2006 1:57:45 PM): yup

cuddleguy211 (8/31/2006 1:58:25 PM): we go to a motel and you will get fucked

UCA (8/31/2006 1:59:01 PM): well....if u put it like that.....k

UCA (8/31/2006 1:59:24 PM): we just cant get cauhgt

cuddleguy211 (8/31/2006 2:01:27 PM): still have not figured out why

UCA (8/31/2006 2:01:54 PM): y?

cuddleguy211 (8/31/2006 2:02:18 PM): why me unless this is a net sting operation

UCA (8/31/2006 2:02:47 PM): o yah....i waste my time on comp.....

UCA (8/31/2006 2:03:10 PM): if u think that.....

cuddleguy211 (8/31/2006 2:03:47 PM): just do not want to get caught a lot at risk

UCA (8/31/2006 2:04:17 PM): me2......if u dont want 2 that is fine i guess

UCA (8/31/2006 2:06:23 PM): u goin b on later?

UCA (8/31/2006 2:06:34 PM): or do u want 2 set a time now?

UCA (8/31/2006 2:06:50 PM): sis and i goin to store

cuddleguy211 (8/31/2006 2:06:52 PM): around 10
UCA (8/31/2006 2:07:04 PM): 10 in beav?
cuddleguy211 (8/31/2006 2:07:09 PM): why she coming
UCA (8/31/2006 2:07:18 PM): no.....she is not
UCA (8/31/2006 2:07:22 PM): sorry buddy
UCA (8/31/2006 2:07:46 PM): what fine ride shoold i look 4?
cuddleguy211 (8/31/2006 2:07:46 PM): got to teach you to ride first
UCA (8/31/2006 2:07:56 PM):
cuddleguy211 (8/31/2006 2:08:19 PM): 92 explore
UCA (8/31/2006 2:08:20 PM): u member no preg stuff and drinks?
UCA (8/31/2006 2:08:31 PM): let me guess.....red?
UCA (8/31/2006 2:09:00 PM): u got my pic so u no its me?
cuddleguy211 (8/31/2006 2:09:11 PM): dard tan or brown with tan skirting
UCA (8/31/2006 2:09:18 PM): o...close
cuddleguy211 (8/31/2006 2:09:27 PM): no I do not have your pic
UCA (8/31/2006 2:09:32 PM): what?
UCA (8/31/2006 2:09:55 PM): ill send it.....could get yours agin?
cuddleguy211 (8/31/2006 2:09:55 PM): never seen your pic
UCA (8/31/2006 2:10:03 PM): o....what if u dont like it?
UCA (8/31/2006 2:12:24 PM): thx.....u like my pic?
cuddleguy211 (8/31/2006 2:12:29 PM): very nice
UCA (8/31/2006 2:12:39 PM): really??!!!
UCA (8/31/2006 2:13:06 PM): so i c u tom?
cuddleguy211 (8/31/2006 2:13:10 PM): yes
cuddleguy211 (8/31/2006 2:13:15 PM): ok
UCA (8/31/2006 2:13:34 PM): u promiss ull b there tom?
cuddleguy211 (8/31/2006 2:13:51 PM): yes I will
UCA (8/31/2006 2:14:00 PM): k...by cuddles
cuddleguy211 (8/31/2006 2:14:09 PM): bye

On September 1, 2006, at approximately 9:50 am (PDT), FBI agents, Beaverton Police

Detective Dale Hoskins, and I were set-up around the Beaverton Transit Center located at 4050

SW Lombard Avenue, Beaverton, Oregon.  At approximately 9:52 am, I observed a tan colored

Ford Explorer driving south on SW Lombard passing the Beaverton Transit Center toward SW

Canyon Road.  The driver of the Ford Explorer resembled the photograph sent to me by

"cuddleguy211".  At the time, there were approximately seven police vehicles in the transit

center parking lot.  I observed the male driver look towards the police vehicles and continue

driving south on SW Lombard.

Detective Hoskins observed the Ford Explorer driving on SW Lombard and observed the license plate on the rear of the vehicle to be Oregon #STR779. In conducting a records check on the license plate, the registered owner was determined to be a Jerry Lee Bourn (DOB 09-30-51) out of Woodburn, Oregon.

At approximately 10:17 am, I observed the tan Ford Explorer turn into the Beaverton Transit Center. I observed the same male subject driving the vehicle as I did earlier. The driver of the vehicle waited for a east bound train to leave the transit center and went back onto southbound SW Lombard. Beaverton Police Officer Brian Gaunt conducted a traffic stop on the vehicle and detained the driver.

The driver of the vehicle was identified as Jerry Lee Bourn out of Woodburn, Oregon. Jerry Bourn told me he was there at the transit center to meet a girl named "Chelsea". Jerry Bourn said he was only at the transit center to talk to Chelsea. Jerry Bourn was taken to the Beaverton Police Department for questioning. Agent Jane Brillhart and I conducted an interview of Jerry Bourn. Jerry Bourn stated he chatted with Chelsea via Yahoo and said he was aware she was only fifteen years of age. Jerry Bourn said he has the Yahoo screen name of "cuddleguy211". Jerry Bourn said he talked with Chelsea on the computer from his residence in Woodburn, located at 1315 Robert Street, Woodburn, Oregon. Jerry Bourn stated he talked with Chelsea sexually to some gratification because he no longer has sex with his wife. Jerry Bourn said he was curious about meeting Chelsea and was going to tell her to be careful when talking online. Jerry Bourn stated he knew it was wrong to talk to Chelsea in a sexual manner since she is a minor.

Jerry Bourn stated he has talked with other underage girls via Yahoo. Jerry Bourn said both girls said they were thirteen years of age and were from Portland, Oregon. Jerry Bourn

stated one of the girls wanted to have sex with an older man. Jerry Bourn said this girl provided him with a general location of her house and photographs of her with friends. Jerry Bourn stated the photographs were not pornographic. Jerry Bourn said he never went to the girl's house, but did talk to her about meeting for sex purposes.

Jerry Bourn said he was investigated in the past, along with his adult son, for the sexual abuse of his two minor grandsons. Jerry Bourn stated the boys' mother accused him of sexual abuse. Jerry Bourn said the allegations were investigated and no enforcement action was taken.

Based upon the above information and my experience, I respectfully submit that there is probable cause to believe that Jerry Lee Bourn (aka: "cuddleguy211") has committed a violation of Title 18, United States Code, Section 2422(b), in that he has used a facility of interstate commerce to attempt to or to knowingly persuade, induce, entice or coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense.

This affidavit has been reviewed and approved for presentation by Assistant United States Attorney Pam Holsinger.

Chadwick J. Opitz
FBI -Task Force Officer

Sworn to me and subscribed in my presence on this 1st day of September, 2006.

United States Magistrate Judge